UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

Consolidated Cases Nos. 02-60404, 02-60411,
  02-60419, 02-60457, 02-60458, 02-60481,
        02-60517, 02-60536
        Summary Calendar

_____


Case No. 02-60404

    BANK ONE NA,

                          Plaintiff-Appellee,

          v.

    JESSE WILLIAMS,

                          Defendant-Appellant.


_____

Case No. 02-60411

    BANK ONE NA,

                          Plaintiff-Appellee,

          v.

    SUSIE GEORGE,

                          Defendant-Appellant.


_____

Case No. 02-60419

    BANK ONE NA,

                          Plaintiff-Appellee,

          v.

    LINDA HAWKINS,

                          Defendant-Appellant.

_____

Case No. 02-60457

BANK ONE NA,

Plaintiff-Appellee,

v.

CURRY JOE ATTERBURY,

Defendant-Appellant.

_____

Case No. 02-60458

BANK ONE NA,

Plaintiff-Appellee,

v.

RUBIN ASHFORD,

Defendant-Appellant.

_____

Case No. 02-60481

BANK ONE NA,

Plaintiff-Appellee,

v.

MARY BURT,

Defendant-Appellant.

_____

Case No. 02-60517

BANK ONE NA,

Plaintiff-Appellee,

v.

L.D. TAYLOR, JR.,

Defendant-Appellant.

_____

Case No. 02-60536

BANK ONE NA,

                                           Plaintiff-Appellee,
                        v.

                  MARY McMORRIS,
                                         Defendant-Appellant.


_____

        Appeal from the United States District Court
           for the Northern District of Mississippi
                        (3:01-CV-24-D)
_____

                     January 29, 2003


Before JONES, STEWART and DENNIS, Circuit Judges.

PER CURIAM:[*]

        Appellants challenge the district court's rulings
granting Bank One's motions to compel arbitration and to stay the
Appellants' pending state law claims. This case is
indistinguishable from those that we reviewed and ruled on in the
related cases of <u>Bank One, N.A. v. Boyd</u>[1] and <u>Bank One, N.A. v.
Lake</u>.[2] For essentially the same reasons that are set forth in our
opinion in <u>Boyd</u> and in the district court's opinion in <u>Bank One,</u>

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1]288 F.3d 181 (5th Cir. 2002).

[2]No. 01-60051 (5th Cir. April 5, 2002) (unpublished).

N.A. v. Coates,[3] and <u>Bank One, N.A. v. Taylor</u>,[4] the judgment of the district court in this case is, in all respects, **AFFIRMED**.

---

[3]125 F. Supp. 2d 819 (S.D. Miss. 2001).

[4]No. 4:01CV15-D-B (N.D. Miss. May 7, 2002) (order granting petition to compel arbitration).

4